USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/16/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,
successor by merger to Key Equipment Finance,

        Plaintiff,

-against-

COLOR EXPRESS PRINTING, INC., and
DANIEL PAYEUR,

        Defendants.

21 Civ. 235 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled for March 16, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 16, 2021
      New York, New York

                                   ANALISA TORRES
                                United States District Judge