UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,
successor by merger to Key Equipment Finance,

        Plaintiff,

-against-

COLOR EXPRESS PRINTING, INC., and
DANIEL PAYEUR,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021
```

21 Civ. 235 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report & Recommendation (the "R&R"), ECF No. 32, of the Honorable Kevin Nathaniel Fox, the Court reviewed the R&R for clear error, and found none. *Mack v. Comm of Social Security*, No. 20 Civ. 2722, 2021 WL 3683628, at *1 (S.D.N.Y. Aug. 17, 2021).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment by default is DENIED.

    The Clerk of Court is directed to terminate the motion at ECF No. 25.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge