UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED:  7/25/2022               │
└─────────────────────────────────────┘
```

KEYBANK NATIONAL ASSOCIATION,
successor by merger to Key Equipment Finance,

Plaintiff,

-against-

21 Civ. 235 (AT) (JLC)

COLOR EXPRESS PRINTING, INC., and
DANIEL PAYEUR,

**ORDER**

Defendants.

ANALISA TORRES, District Judge:

Having received no objections to the Report & Recommendation (the "R&R"), ECF No. 37, of the Honorable James L. Cott, the Court reviewed the R&R for clear error, and found none. *Mack v. Comm of Social Security*, No. 20 Civ. 2722, 2021 WL 3683628, at *1 (S.D.N.Y. Aug. 17, 2021).

The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment by default is GRANTED, and the Court awards damages in the amount of $100,212.30 plus a per diem prejudgment interest rate of $23.32 from March 5, 2020 through the date final judgment is entered as well as post-judgment interest on all sums awarded, commencing when the Clerk of the Court enters judgment until the date of payment.

The Clerk of Court is directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: July 25, 2022
New York, New York

ANALISA TORRES
United States District Judge