**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEYBANK NATIONAL ASSOCIATION,
successor by merger to Key Equipment Finance,

                        Plaintiff,
    -against-                                     21 **CIVIL** 235 (AT)(JLC)

                                                     **DEFAULT JUDGMENT**

COLOR EXPRESS PRINTING INC., and
DANIEL PAYEUR,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 25, 2022, the R&R is ADOPTED in its entirety. Accordingly, Plaintiff's motion for judgment by default, is GRANTED, and the Court has awarded damages in the amount of $100,212,30 plus a per diem prejudgment interest rate of $23.32 from March 5, 2020 through the date final judgment is entered, in the amount of $20,031.88, as well as post-judgment interest on all sums awarded, commencing when judgment is entered until the date of payment; accordingly, the case is closed.

**Dated:**  New York, New York

        July 26, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                         **BY:**    *K. Mango*
                                                      **Deputy Clerk**